UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

IN RE:

ROSA E. PEREZ,

Debtor.

-----------------------------------------------------------x

Case No. 16-40058-nhl

Chapter 11

**NOTICE OF APPEARANCE**

Please take notice, that the undersigned appears as attorneys for Emigrant Savings Bank – Brooklyn/Queens, As Assignee of Emigrant Mortgage Company, Inc., and demands that all notices given or required to be given in these cases and all papers served or required to be served in these cases, be given to and served upon the undersigned at the office, post office address and telephone number set forth below.

Dated:   Whitestone, New York
         January 13, 2016

Borchert & LaSpina, P.C.

By: _____
Robert W. Frommer, Esq. (RF 9289)
*Attorneys for* Emigrant Savings Bank – Brooklyn/Queens, As Assignee of Emigrant Mortgage Company, Inc.,
19-02 Whitestone Expressway,
Suite 302
Whitestone, New York 11357
(718) 767-3333

TO:   Rosa E. Perez
*Debtor*
641 Baltic Street
Brooklyn, NY 11217

Anthony M. Vassallo, Esq.
Law Office of Anthony M. Vassallo
Attorney for the Debtor
305 Fifth Avenue, Suite 1B
Brooklyn, New York 11215

Office of the United States Trustee
Eastern District of New York (Brooklyn Courthouse)
U.S. Federal Office Building
201 Varick Street, Suite 1006
New York, NY  10014