UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------X
In Re:                                                                    Chapter   13   ☑

GEWAN BOODRAM                                            Case No. 16-72966

                            Debtor(s)
-------------------------------------------------------X

## LOSS MITIGATION REQUEST - BY DEBTOR

I am a Debtor in this case. I hereby request to enter into the Loss Mitigation Program with respect to *[Identify the property, loan and creditor(s) for which you are requesting loss mitigation]*:

74 Silver St., Elmont, NY
_____
                                    *[Identify the Property]*
2832
_____
                                       *[Loan Number]*
Caliber Home Loan 3701 Regent Blvd., Ste 200 Irving, TX 75063
_____
                            *[Creditor's Name and Address]*


## SIGNATURE

I understand that if the Court orders loss mitigation in this case, I will be expected to comply with the Loss Mitigation Procedures. I agree to comply with the Loss Mitigation Procedures, and I will participate in the Loss Mitigation Program in good faith. I understand that loss mitigation is voluntary for all parties, and that I am not required to enter into any agreement or settlement with any other party as part of entry into the Loss Mitigation Program. I also understand that no other party is required to enter into any agreement or settlement with me. I understand that **I am not required to request dismissal of this case** as part of any resolution or settlement that is offered or agreed to during the Loss Mitigation Period.

Sign: /s GEWAN BOODRAM_____   Date: August 2_____, 2016___

Print Name:  Gewan Boodram_____
                                    *[First and Last Name]*
Telephone Number: _____
                                    *[i.e. 999-999-9999]*
E-mail Address [if any]: _____

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
------------------------------X
In Re

                                      BANKRUPTCY

GEWAN BOODRAM,

                                      CASE NO. 16-72966-LAS
                                      AFFIDAVIT OF SERVICE
                         DEBTOR.
------------------------------X
STATE OF NEW YORK)
                                   ) ss.:
COUNTY OF SUFFOLK)

Rachel L. Blunck, being duly sworn, deposes and says: Deponent is not a party to the action, is over 18 years of age and resides in Medford, New York 11763.

On August 2, 2016, I served a copy of the LOSS MITIGATION REQUEST - BY DEBTOR on all persons in interest in this Proceeding by depositing a true copy of same enclosed in a post-paid properly addressed wrapper in an official depository under the exclusive care and custody of the USPS within the State of New York, addressed to the following creditors and/or persons on behalf of creditors at the address designated by said attorney or creditor: on all persons in interest in this Proceeding, by depositing a true copy of same enclosed in a post-paid properly addressed wrapper in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York, addressed to the following creditors and/or persons on behalf of creditors at the address designated by said attorney or creditor:

Caliber
3701 Regent Blvd Ste 200
Irving, TX 75063

Ehret Anne Van Horn
Gross Polowy LLC
1775 Wehrle Drive
Suite 100
Williamsville, NY 14221


                                        /S RACHEL L. BLUNCK
                                        Rachel L. Blunck

2nd day of August, 2016

/S Richard Jacoby NOTARY PUBLIC