```
                          United States Bankruptcy Court
                           Eastern District of New York
```

In re:                                                         Case No. 16-40058-cec
Rosa Perez                                                     Chapter 11
      Debtor

## CERTIFICATE OF NOTICE

District/off: 0207-1    User: cteutonic    Page 1 of 1    Date Rcvd: May 03, 2016
                      Form ID: 295    Total Noticed: 4

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 05, 2016.
```
db             +Rosa Perez,    641 A. Baltic Street,    Brooklyn, NY 11217-3101
               +ANDREW P. LEDERMAN, ESQ.,    WILK AUSLANDER LLP,    18 East 41st Street 14 Floor,
                 New York, NY 10017-6244
               +LAW OFFICE OF MARY M. STARR,    315 Kenmore Road,    Little Neck, NY 11363-1016
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
               +E-mail/Text: ustpregion02.br.ecf@usdoj.gov May 03 2016 18:17:49
                 Office of the United States Trustee,    201 Varick Street, Suite 1006,
                 New York, NY 10014-9449
                                                                                              TOTAL: 1

               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 05, 2016                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 2, 2016 at the address(es) listed below:
```
              Andrew P. Lederman    on behalf of Creditor    The Levites Family LP alederman@wilkauslander.com
              Anthony M Vassallo    on behalf of Debtor Rosa  Perez amvassallo@gmail.com
              Marylou  Martin    on behalf of U.S. Trustee    Office of the United States Trustee
               marylou.martin@usdoj.gov
              Office of the United States Trustee    USTPRegion02.BR.ECF@usdoj.gov
              Robert W Frommer    on behalf of Creditor    Emigrant Savings Bank-Brooklyn/Queens
               rfrommer@blpcny.com,   jsackoor@blpcny.com
                                                                                              TOTAL: 5
```

# United States Bankruptcy Court

Eastern District of New York
271−C Cadman Plaza East, Suite 1595
Brooklyn, NY 11201−1800

| | |
|---|---|
| IN RE: | CASE NO: 1−16−40058−cec |
| Rosa Perez | |
| SSN/TAX ID: | CHAPTER: 11 |
| xxx−xx−0150 | |
| DEBTOR(s) | |

**NOTICE OF FILING OF TRANSCRIPT AND OF DEADLINES RELATED TO RESTRICTION AND REDACTION**

Notice is hereby given that:

A transcript of the proceeding held on 3/23/16 was filed on 5/2/16.

The following deadlines apply:

The parties have until May 9, 2016 to file with the court a Notice of Intent to Request Redaction of this transcript. The deadline for filing a Transcript Redaction Request is May 23, 2016.

If a Transcript Redaction Request is filed, the redacted transcript is due June 2, 2016.

If no such Notice is filed, the transcript may be made available for remote electronic access upon expiration of the restriction period, which is August 1, 2016 unless extended by court order.

To review the transcript for redaction purposes, you may purchase a copy from the transcriber eScribers at 973−406−2250 or you may view the document at the public terminal at the Office of the Clerk.

Dated: May 3, 2016

For the Court, Robert A. Gavin, Jr., Clerk of Court

**BLnftrans1.jsp** [Notice of Filing Transcript and Deadlines to Restriction and Redaction rev. 11/21/08]