UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

Case No.: 16-40058

In re:

**<u>AFFIDAVIT</u>**

ROSA E. PEREZ,

Debtor.
-----------------------------------------------------------------X

I, ROSA E. PEREZ, being duly sworn according to the law depose and say as follows:

1. I am the named debtor in the above titled action.

2. My home address and my primary residence is 641 A Baltic St. Brooklyn, New York 11217.

3. I have a rental property located at 334 49th Street, Brooklyn New York 11220, occupied by three tenants.

4. On January 7, 2016, by and through counsel, I filed a voluntary Chapter 11 Bankruptcy Petition.

5. On March 7, 2016, the Levites Family filed a Motion for Relief from Stay to conduct an auction of my rental property located at 334 49th Street, Brooklyn, New York 11220.

6. On March 22, 2016, by and through counsel, I filed a Response in Opposition to the Motion for Relief from Stay.

7. On March 23, 2016 the Motion for Relief from Stay was granted, with a Status Hearing scheduled for May 11, 2016

9. By and through counsel, I have made multiple requests for a current pay-off quote and accurate figure of arrears to no avail.

10. By and through counsel, I have made multiple attempts to resolve this matter outside of the Bankruptcy Court to no avail.

11. The lack of cooperation from the Levites Family has left me in a helpless position with a scheduled auction date of May 26, 2016.

12. The seizure and sale of my home property will cause irreparable harm and injury as the Levites Family holding the primary mortgage will deny me the ability to regain making monthly payments, which I have the financial ability to do so, if the defendant is able to force a sale and the court later decides to reverse the sale.

13. No previous application for the relief herein requested has been made to any other court or judge.

x *Rosa Perez*
ROSA E. PEREZ

Sworn to before me this 24th day of May, 2016

_____
Notary Public

My commission expires: 7/16/16

KHUSIAL CAESAR BHAGROO
Notary Public, State of New York
No. 01BH6265764
Qualified in Nassau County
Commission Expires July 16, 2016